IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| CLAYTON BANK AND TRUST, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:10-00354 |
| | ) | JUDGE HAYNES |
| DAN A. CARLYLE, | ) | |
| Defendant. | ) | |

## ORDER

Counsel for the parties in this action have ten (10) days to file a notice or pleading stating why this action should not be dismissed for want of prosecution.

It is so **ORDERED**.

ENTERED this the ____ day of June, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge