IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CLAYTON BANK & TRUST, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | NO. 3:10-0354 JUDGE HAYNES |
| v. | ) ) | |
| DAN A. CARLYLE, | ) ) | |
| Defendant. | ) | |

# ORDER

The initial case management conference is reset for **Friday, July 22, 2011 at 2:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___15th___ day of June, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge