IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CLAYTON BANK AND TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:10-0354 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| DAN A. CARLYLE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon review of the file of this action and pursuant to Fed. R. Civ. P 41(b) and Local Rule 41.01, this action is **DISMISSED without prejudice**.

It is so **ORDERED**.

ENTERED this the 11th day of April, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court